FILED

AUG 0 3 2015

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 15-40009-01 |
| | \* | |
| Plaintiff, | \* | |
| | \* | |
| vs. | \* | AMENDED ORDER |
| | \* | |
| TERRANCE DARRELL ELDER, | \* | |
| | \* | |
| Defendant. | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is the Defendant's Plea Agreement, Factual Basis Statement, and Supplement to Plea Agreement. A hearing to take the plea was held before the Magistrate Judge on July 21, 2015, and Judge Duffy issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in Count 1 of the Indictment which charges him with Bank Fraud in violation of 18 U.S.C. §§ 1344 and 2, and Count 2 of the Indictment which charges him with aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1). After a careful review of the file, and the parties having waived their right to object to the Report and Recommendation,

IT IS ORDERED:

1.     That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Terrance Darrell Elder is adjudged guilty.

Dated this 3rd day of August, 2015.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
                DEPUTY